FILED by ___JA___ D.C.

Jan 19, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-20039-CR-UNGARO/REID
CASE NO._____

18 U.S.C. § 922(o)(1)
26 U.S.C. § 5861(d)
18 U.S.C. § 924(a)(2)
26 U.S.C. § 5872
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

ROLANDO MAURY JR,

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Illegal Possession of a Machinegun
### (18 U.S.C. § 922(o)(1))

On or about October 17, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ROLANDO MAURY,**

did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United State Code, Section 921(a)(23), in that the defendant possessed a Glock that shoots automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o)(1).

## COUNT 2
### Possession of an Unregistered Firearm
### (26 U.S.C. § 5861(d))

On or about October 17, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ROLANDO MAURY,**

did knowingly possess a firearm, that is, a Glock machinegun conversion device, which is a part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, as defined in Title 26, United States Code, Sections 5845(a)(6) and 5845(b), which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Section 5861(d).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ROLANDO MAURY**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(o)(1), Title 26, United States Code, Section 5861(d), or any other criminal law of the United States, as alleged in this Indictment, the defendant, shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code Section 924(d)(1).

3. Upon conviction of a violation of Title 26, United States Code Section 5861(d), as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 26, United States Code Section 5872.

All pursuant to Title 18, United States Code, Sections 924(d)(1), Title 26, United States Code, Section 5872, and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

JOSHUA PASTER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **ROLANDO MAURY JR** | |
| | **Superseding Case Information:** |
| _____Defendant._____/ | |

**Court Division**: (Select One)

| ✓ | Miami | __ | Key West | | |
|---|---|---|---|---|---|
| __ | FTL | __ | WPB | __ | FTP |

| | Yes | No |
|---|---|---|
| New defendant(s) | ____ | ____ |
| Number of new defendants | ____ | |
| Total number of counts | ____ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No___
   List language and/or dialect   _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I | 0 to 5 days | ✓ |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   (Check only one)

   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No___
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No___

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No ✓

_____
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ROLANDO MAURY JR

**Case No:** _____

Count #: 1

POSSESSION OF MACHINEGUN

Title 18, United States Code, Section 922(o)

**\*Max. Penalty:**   10 Years' Imprisonment


POSSESSION OF UNREGISTGERED FIREARM

Title 26, United States Code, Section 5861(d)

**\*Max. Penalty:**   10 Years' Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.